# United States District Court
# For The Western District of North Carolina
# Statesville Division

VICTOR RADISI,

        Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                    CASE NO. 5:11CV125

HSBC BANK USA, NA, AND
PHH MORTGAGE CORPORATION,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2012, Order.

                                                      Signed: June 13, 2012

                                                      Frank G. Johns, Clerk
                                                      United States District Court